IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20939
Conference Calendar

_____

THOMAS C. SAWYER ET AL.,

Plaintiffs,

THOMAS C. SAWYER JR.; HARRY L. JACKSON,

Plaintiffs-Appellants,

versus

MICHAEL COUNTZ ET AL.,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-93-3913
- - - - - - - - - - -
October 23, 1996
Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

Appellant Thomas C. Sawyer, #579557, appeals the district court's dismissal of his 42 U.S.C. § 1983 action as frivolous under 28 U.S.C. § 1915(d).  He contends that the district court abused its discretion in dismissing his retaliation and denial-of-access-to-the courts claims.  We have reviewed the record, the

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

district court's opinion, and the brief on appeal, and find no abuse of discretion.  See Whittington v. Lynaugh, 842 F.2d 818, 819-21 (5th Cir.), cert. denied, 488 U.S. 840 (1988); Lewis v. Casey, 116 S. Ct. 2174, 2179-80 (1996).  The brief is not signed by Harry Jackson and raises no issues relative to him.

Sawyer's motion requesting the appointment of counsel on behalf of himself and Jackson is DENIED.  Jackson's "Motion To Amend Signature" is also DENIED.

AFFIRMED.